UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELLOUS AFRIKAN WARRIOR, a.k.a. MARCELLUS GREENE,<br><br>Plaintiff,<br><br>v.<br><br>LAUREL OLVERA, et al.,<br><br>Defendants. | CASE NO. 1:16-cv-01567-DAD-MJS (PC)<br><br>**ORDER DENYING MOTION TO VACATE JUDGEMENT**<br><br>**(ECF No. 10)** |

Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On March 23, 2017, the Court issued an order to show cause why this action should not be dismissed for failure to state a claim, failure to prosecute, and failure to obey a Court order. (ECF No. 9.)

Rather than respond to the order to show cause, Plaintiff filed the instant motion to vacate judgment pursuant to Rule 59(e). (ECF No. 10.)

No final judgment having been entered in this case, the instant motion is premature, and DENIED, without prejudice, on that basis.

IT IS SO ORDERED.

Dated: April 21, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE